**Order filed November 8, 2018.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00474-CV
_____

## JACK RAINES, Appellant

## V.

## BAYSHORE RV & MOBILE HOME PARK, Appellees

---

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. 540841102**

---

## O R D E R

No reporter's record has been filed in this case. The official court reporter for the County Court at Law No. 2 informed this court that appellant had not made arrangements for payment for the reporter's record. On October 16, 2018, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within thirty days of the date of this order. If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM